## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Mary Kay Folstrom, Tot Stop,

        Plaintiffs,        Civil No. 07-3404 (RHK/RLE)

vs.

                      **ORDER**

County of Cass,

        Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: July 24, 2007

                            s/Richard H. Kyle
                            RICHARD H. KYLE
                            United States District Judge