# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Mary Kay Folstrom and Tot Stop,

                           Plaintiffs,

                                      Civ. No. 07-3404 (RHK/RLE)
                                       **ORDER**

v.

County of Cass,

                           Defendant.

      This matter is before the Court on Defendant's Appeal/Objection (Doc. No. 30) to the November 13, 2007 Order of Chief Magistrate Judge Raymond Erickson (Doc. No. 28). In that Order, Judge Erickson granted Plaintiffs' Motion for Leave to Amend the Complaint (Doc. No. 17).

      Pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72(a), and Local Rule 72.2(a), the Court must set aside those portions of Judge Erickson's Order that are "clearly erroneous or contrary to law." Having carefully reviewed the Order, Defendant's Appeal/Objection thereto, and Plaintiffs' Response, the Court concludes that the Order is neither clearly erroneous nor contrary to law.[1] Based on the foregoing, and all of the files, records, and proceedings herein, **IT IS ORDERED** that Defendant's

---

[1] Moreover, the Court fully agrees with Judge Erickson's analysis of the relevant legal principles and authorities; had it conducted a *de novo* review of the Order, the Court would have reached the same result.

Appeal/Objection (Doc. No. 30) is **OVERRULED** and that the Order (Doc. No. 28) is

**AFFIRMED**.

Dated: November  30 , 2007                              s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge