# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Mary Kay Folstrom and Tot Stop,

Civil No.  07-3404 (RHK/RLE)

Plaintiffs,

**ORDER**

vs.

The County of Cass,

Defendant.

---

Defendant's Motion for Summary Judgment (Doc. No. 51) is **REFERRED** to Chief Magistrate Judge Raymond L. Erickson for a recommended disposition.  The October 14, 2008 hearing before the undersigned is **CANCELED** and Judge Erickson will advise the parties if he desires oral argument.  Unless otherwise directed by Judge Erickson, the parties shall complete the briefing of the subject Motion as though the hearing date remained October 14, 2008.

Dated:  September 3, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge